UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMAURY URENA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　-against-<br><br>THE CITY OF NEW YORK; DR. MCCRIMONS,<br><br>　　　　　　　　　Defendants. | 25-cv-0514 (LLS)<br><br>CIVIL JUDGMENT |

　　For the reasons stated in the August 11, 2025, order, Plaintiff's claims under 42 U.S.C. § 1983 are dismissed, 28 U.S.C. § 1915(e)(2)(B)(ii), and the Court declines supplemental jurisdiction of his state law claims, 28 U.S.C. § 1367(c)(3).

　　The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:　October 17, 2025
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Louis L. Stanton
　　　　　　　　　　　　　　　　　　　　　　　　LOUIS L. STANTON
　　　　　　　　　　　　　　　　　　　　　　United States District Judge